IN FORMA PAUPERIS DECLARATION

RECEIVED
2005 AUG 11  P 12:14

United States District Court For The _Middle_ District of ~~Louisiana~~ _Alabama_

_George A. Brumfield_
(Petitioner)

CN: 2:05cv768A

v.

_Burl Cain Warden_
(Respondent(s))
_State and Alabama_

DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

I, _George Brumfield_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without pre-paying fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   _N/A_

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   _1978_

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   Yes ( )   No (✓)

   B. Rent payments, interest or dividends?   Yes ( )   No (✓)

   C. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)

    d.  Gifts or inheritances?                  Yes ( )    No (✓)

    e.  Any other sources?                    Yes ( )    No (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*N/A*

3. Do you own cash, or do you have money in checking or savings account? Yes ( ) No (✓) (include any funds in prison accounts.) If the answer is "yes," state the total value of the items owned.

*NONE*

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( )  No (✓)

If the answer is "yes," describe the property and state its approximate value.

*N/A*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

*None*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed On: *August 3, 2005*

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ -0- on account to his credit at the *LSP* institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution _____
Drawing -0-
Savings -0-

DATE
AUG 0 4 2005
CERTIFIED

*Vivian Worsham*
Authorized Officer of
Institution

3