| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joseph C_____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 9/21/05 |
| 1. Article Addressed to:<br>Clerk, US District Ct<br>Northern District of AL 05-768 Entire File<br>Hugo R. Black US TRANSFER<br>1729 5th Ave North Room 140<br>B'ham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 3029 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540